864

No. 97–120. COSGROVE v. SHEARSON LEHMAN BROTHERS. C. A. 6th Cir. Certiorari denied.

No. 97–121. IN RE WELLS. Sup. Ct. Ind. Certiorari denied.

No. 97–125. PROTECTIVE LIFE INSURANCE CO. v. LAZARD FRERES & CO. C. A. 2d Cir. Certiorari denied.

No. 97–128. MCKINNEY ET AL. v. EMERY AIR FREIGHT CORP., DBA EMERY WORLDWIDE, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–130. BANDERAS, AKA BANDERAS ORTHOPAEDIC CLINIC, ET AL. v. DOMAN. Ct. App. Ga. Certiorari denied.

No. 97–131. A–1 APPLIANCE ET AL. v. DEUTSCHE FINANCIAL SERVICES CORP. C. A. 3d Cir. Certiorari denied.

No. 97–132. ALLUSTIARTE ET UX. v. COOPER. C. A. 9th Cir. Certiorari denied.

No. 97–134. BELL v. ALDEN OWNERS, INC. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 97–136. GUSTILO ET AL. v. MARAVILLA GUSTILO, INDIVIDUALLY AND AS FORMER ADMINISTRATRIX OF THE ESTATE OF GUSTILO, DECEASED, AND AS GUARDIAN OF MARAVILLA GUSTILO, ET AL. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 97–138. ELLIS v. TRANSAMERICA OCCIDENTAL LIFE INSURANCE CO. C. A. 9th Cir. Certiorari denied.

No. 97–139. CHADWICK v. ANDREWS, WARDEN, ET AL. (two judgments). Super. Ct. Pa. Certiorari denied.

No. 97–140. HINE v. OKLAHOMA EX REL. OKLAHOMA BAR ASSN. Sup. Ct. Okla. Certiorari denied.

No. 97–142. TILLMAN CORP. v. FIDELITY & CASUALTY COMPANY OF NEW YORK. C. A. 7th Cir. Certiorari denied.